UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAMELA D. CLARK,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05566-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before March 23, 2011;

- Plaintiff shall file the Optional Reply Brief on or before April 6, 2011; and

- Oral argument, if desired, shall be requested by April 13, 2011.

DATED this 22nd day of February 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05566-BHS-JRC]