UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAMELA D. CLARK,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

Case No. C10-5566BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **REVERSED** and **REMANDED** for further administrative proceedings.

DATED this 11th day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER