# United States District Court
WESTERN DISTRICT OF WASHINGTON

PAMELA D. CLARK

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5566BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **REVERSED** and **REMANDED** for further administrative proceedings.


    March 14, 2011                                                                           WILLIAM M. McCOOL
Date                                                                                                     Clerk


                                                                                                       *s/CM Gonzalez*
                                                                                                       Deputy Clerk